FILED - GR
January 6, 2010 4:34 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. MILLER,

    Defendant.
_____/

No.

Hon.

1:10-cr-05

**Robert Holmes Bell
U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

From on or about March 27, 2008 through and including August 10, 2009, in the Western District of Michigan, Southern Division,

**DAVID W. MILLER,**

while an officer, that is, treasurer, of Litchfield Independent Workers Union Local 373, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $50,501.99.

29 U.S.C. § 501(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
BRIAN K. DELANEY
Assistant United States Attorney